**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LARRY A. ENGLISH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| **BOYS AND GIRLS CLUB** | ) | |
| **OF DUNDEE TOWNSHIP, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

# EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| [ ] FEPA [X] EEOC | 440-2024-04114 |

Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

S.S. No.

**NAME** *(Indicate Mr., Ms., Mrs.)*: Mr. Larry A. English

**HOME TELEPHONE** *(Include Area Code)*: [redacted]

**STREET ADDRESS / CITY, STATE AND ZIP CODE**: [redacted]

**DATE OF BIRTH**: 1982

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

**NAME**: Boys an Girls Club of Dundee Township
**NUMBER OF EMPLOYEES, MEMBERS**: 101-200
**TELEPHONE** *(Include Area Code)*: (847) 551-4309
**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 20 S. Grove Street, Suite #201, Carpenterville, Illinois 60110
**COUNTY**: Kane

**CAUSE OF DISCRIMINATION BASED ON** *(Check appropriate box(es))*:
[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER *(Specify)* Hostile Environment

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA): 08/04/2023
LATEST (ALL): 02/01/2024
[X] CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s))*:

I was hired by the Respondent on May 25, 2023. From my employment I was subjected to a racial (African-American/black) and hostile work environment. After complaining of my treatment, I was terminated on February 1, 2024.

I believe that I have been discriminated against based on my race and color in violation of Title VII of the Civil Rights Act of 1964 and Civil Rights Statute 1981.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their proceedures.

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 02/2/2024  Charging Party (Signature): [signed]

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LARRY A. ENGLISH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| **BOYS AND GIRLS CLUB** | ) | |
| **OF DUNDEE TOWNSHIP, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

# EXHIBIT B



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 10/03/2024

**To:** Mr. Larry A. English

Charge No: 440-2024-04114

EEOC Representative and email:     SHANE CARPENTER
Investigator
shane.carpenter@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 440-2024-04114.

On behalf of the Commission,

Digitally Signed By: Amrith Kaur Aakre
10/03/2024

Amrith Kaur Aakre
District Director

Cc:
Maria Ramimrez
Boys and Girls Club of Dundee Township
20 S. Grove Street, Suite 201
Carpentersville, IL 60110

Stephanie Jones
Gordon Rees Scully Mansukhani
1 N FRANKLIN ST STE 800
Chicago, IL 60606

Michael T Smith
Law Offices of Michael T Smith & Associates
10 N Martingale Road, Suite 400
Schaumburg, IL 60173


Please retain this notice for your records.